# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DEREK HINDS,** ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION: 1:18-00481-KD-MU** |
| **C.O. WETZEL,** *et al.*, ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 21, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that summary judgment is **GRANTED in part** and **DENIED in part** as follows: **DENIED** as to Hinds' Eighth Amendment claims against Defendants Wetzel and Brown related to the nighttime attack; and **GRANTED** as to Hinds' Fourteenth Amendment claim and Eighth Amendment failure to intervene claim related to the T.V. room inmate assault against all Defendants.

**DONE** and **ORDERED** this the **16th** day of **November 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**